170 A.3d 325

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. JANICE ALLEN, DEFENDANT–PETITIONER. STATE OF NEW JERSEY, PLAINTIFF, v. JANICE DILLIGARD, DEFENDANT.

July 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4186/5224–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 325

I'ASIA MORELAND, PLAINTIFF, v. WILLIAM PARKS, ET AL., DEFENDANTS.

July 10, 2017

ORDER

It is ORDERED that the motion of the Mercer County Improvement Authority for leave to file an answering brief as within time is granted.